# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3426

_____

United States of America,              *
                                    *

        Appellee,           *
                                      *

    v.                       *  Appeal from the United States
                                    *  District Court for the

Thomas Finley,              *  Eastern District of Missouri.
                                    *

        Appellant.         *  [UNPUBLISHED]

_____

Submitted: July 18, 2007
Filed:  July 23, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Thomas Finley appeals the district court's[1] order denying his motion for review of his 216-month prison sentence, imposed in 1998 following his murder-for-hire convictions.  See United States v. Finley, 175 F.3d 645, 646-47 (8th Cir. 1999). Finley's motion, which he characterized as an "appeal of an otherwise final sentence pursuant to 18 U.S.C. § 3742(a)(1) & (2)," was actually a successive and untimely 28 U.S.C. § 2255 motion, filed without authorization.  See United States v. Patton, 309 F.3d 1093, 1094 (8th Cir. 2002) (per curiam) (inmates may not bypass authorization

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

requirement in 28 U.S.C. § 2244 for successive § 2255 motions by purporting to invoke some other procedure); <u>United States v. Auman</u>, 8 F.3d 1268, 1270-71 (8th Cir. 1993) (noting § 3742 concerns basis for appellate review of district court's sentencing decisions; it does not grant jurisdiction to district court to review final sentence).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____